IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James H. Street, :

    Petitioner : Case No. 2:12-cv-000203
                                            2:07-cr-00082
v. :
                                        Judge Watson
United States of America, :
                                        Magistrate Judge Abel
    Respondent :

# ORDER

Respondent's March 16, 2012 request to hold case in abeyance (doc. 106) is GRANTED. Petitioner is DIRECTED to file a written waiver of the attorney-client privilege as it relates to his ineffective assistance claims within fourteen (14) days of the date of this Order. Respondent is ORDERED to respond to the § 2255 petition within forty-five (45) days of petitioner filing his written waiver of the attorney-client privilege.

                                                          s/ Mark R. Abel
                                                          United States Magistrate Judge